UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Sumner Brown, et. al.

vs.                                                                   Civil No. 1:06-cv-63-JM

Filtrine Manufacturing Co., Inc., et al.

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs, Sumner Brown, Carla Brown and Hallie Brown b/f/n/f Sumner Brown, and defendant, Filtrine Manufacturing Co., Inc. and Robert Piescik, Plan Adminstrator of Filtrine Manufacturing Co., Inc., pursuant to Federal Rules of Civil Procedure, that this action shall be and hereby is dismissed, with prejudice, and without costs or attorney's fees to any party.

| SUMNER BROWN, CARLA BROWN and HALLIE BROWN B/F/N/F SUMNER BROWN | FILTRINE MANUFACTURING CO., INC. AND ROBERT PIESCIK, PLAN ADMINISTRATOR OF FILTRINE MANUFACTURING CO., INC. |
|---|---|
| By their attorneys, | By their attorneys, |
| _/s/Francis X. Quinn, Jr_____ | _/s/Thomas M. Closson_____ |
| Francis X. Quinn, Jr., Bar #4848 | Thomas M. Closson, Bar #9966 |
| BOYNTON, WALDRON, DOLEAC, WOODMAN & SCOTT, P. A. | FLYGARE, SCHWARZ & CLOSSON, PLLC |
| P. O. BOX 418 - 82 Court Street | 11 Court Street, P. O. Box 439 |
| Portsmouth, NH 03802-0418 | Exeter, NH 03833 |
| Phone - 603-436-4010 | Phone - 603-778-7300 |
| Fax - 603-431-9973 | Fax - 603-778-7373 |

Dated: September 6, 2007